# **EXHIBIT D**

# **TRUSTEE'S FIRST MOTION TO COMPEL**

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV001 | 12/15/2009 | E-MAIL | Email from counsel advising of strategy regarding settlement negotiations | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> Tad Davidson <taddavidson@andrewskurth.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Henley, Austin <AHenley@PattonBoggs.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |
| HUFF001559 | 11/30/2010 | E-MAIL | Email string regarding analysis of proceeds from Weatherford well | No | Eric Schnur <eschnur@huffcompanies.com> | Marion, Josh <JMarion@PattonBoggs.com> Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Mark DelPriore <mad@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001561 | 6/16/2010 | E-MAIL | Email string reflecting analysis of Payout calculations for Weatherford well | No | Eric Schnur <eschnur@huffcompanies.com> | Gibson, Martin' <MGibson@PattonBoggs.com> | edartley@huffcompanies.com' | AC/WP |
| HUFF001564 | 6/16/2010 | E-MAIL | Email with counsel regarding Payout calculations for Weatherford well | No | Eric Schnur <eschnur@huffcompanies.com> | beb@huffcompanies.com' 'rdangelo@huffcompanies.com' | | AC/WP |
| PRIV002 | | DRAFT | Copy of Agreement and Release with handwritten notes by Mr. Dartley | No | Ed Dartley | | | WP |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | cc | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV003 | 3/25/2008 | E-MAIL | Email string soliciting advice regarding Ausam's analysis of impaired leases | No | bborak@huffcompanies.com | rmdangelo2@aol.com | beb@huffcompanies.com edartley@huffcompanies.com mad@huffcompanies.com | AC |
| PRIV004 | 6/4/2009 | Memorandum | Memorandum of counsel analyzing alleged breaches of warranties and reps | No | Osler, Hoskin & Harcourt LLP | Huff Alternative Fund, LP | | AC/WP |
| HUFF001568 | 12/23/2009 | E-MAIL | Communications with counsel regarding interpretation of Agreement and Release language | No | rmdangelo2@aol.com | MGibson@PattonBoggs.com beb@huffcompanies.com edartley@huffcompanies.com rdangelo@huffcompanies.com | JMarion@PattonBoggs.com taddavidson@andrewskurth.com | AC/WP |
| HUFF001571 | 12/23/2009 | E-MAIL | Communications with counsel regarding interpretation of Agreement and Release language | No | rmdangelo2@aol.com | MGibson@PattonBoggs.com beb@huffcompanies.com edartley@huffcompanies.com rdangelo@huffcompanies.com | JMarion@PattonBoggs.com taddavidson@andrewskurth.com | AC/WP |
| HUFF001575 | 12/23/2009 | E-MAIL | Communications with counsel regarding interpretation of Agreement and Release language | No | rmdangelo2@aol.com | MGibson@PattonBoggs.com beb@huffcompanies.com edartley@huffcompanies.com rdangelo@huffcompanies.com | JMarion@PattonBoggs.com taddavidson@andrewskurth.com | AC/WP |
| PRIV005 | 7/24/2009 | E-MAIL | Email forwarding emails with counsel regarding potential claims on behalf of Estate against SKH | Bennett Jones letter to SKH; SKH Response to Bennett Jones letter; BJ Reply to SKH response; Olser memo | rmdangelo2@aol.com | rdangelo@huffcompanies.com | | AC |
| PRIV006 | 7/27/2009 | E-MAIL | Email forwarding emails with counsel regarding potential claims on behalf of Estate against SKH | No | rmdangelo2@aol.com | rdangelo@huffcompanies.com | | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | cc'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV007 | 6/11/2009 | E-MAIL | Communications with counsel regarding potential lease issues | No | rmdangelo2@aol.com | edartley@huffcompanies.com<br>mad@huffcompanies.com<br>bborak@huffcompanies.com<br>rdangelo@huffcompanies.com | SLocher@andrewskurth.com<br>TDavidson@andrewskurth.com<br>beb@huffcompanies.com | AC |
| PRIV008 | 6/11/2009 | E-MAIL | Communications with counsel regarding potential lease issue | No | rmdangelo2@aol.com | SLocher@andrewskurth.com<br>edartley@huffcompanies.com<br>mad@huffcompanies.com<br>bborak@huffcompanies.com<br>rdangelo@huffcompanies.com | TDavidson@andrewskurth.com<br>beb@huffcompanies.com | AC |
| PRIV009 | 1/5/2010 | E-MAIL | Email reflecting advice of counsel regarding deliverables related to Agreement and Release | No | Marion, Josh<br><JMarion@PattonBoggs.com> | Ed Dartley<br><edartley@huffcompanies.com><br>Bryan Bloom<br><bbloom@huffcompanies.com><br>Rick DAngelo<br><rdangelo@huffcompanies.com> | Gibson, Martin<br><MGibson@PattonBoggs.com> | AC |
| PRIV010 | 1/6/2010 | E-MAIL | Email from counsel regarding executed side letter agreement to Agreement and Release | Side letter agreement | Marion, Josh<br><JMarion@PattonBoggs.com> | Ed Dartley<br><edartley@huffcompanies.com><br>Bryan Bloom<br><bbloom@huffcompanies.com><br>Rick DAngelo<br><rdangelo@huffcompanies.com> | Gibson, Martin<br><MGibson@PattonBoggs.com> | AC |
| PRIV011 | 1/6/2010 | E-MAIL | Email from counsel regarding executed side letter agreement to Agreement and Release | Side letter agreement | Marion, Josh<br><JMarion@PattonBoggs.com> | Ed Dartley<br><edartley@huffcompanies.com><br>Bryan Bloom<br><bbloom@huffcompanies.com><br>Rick DAngelo<br><rdangelo@huffcompanies.com> | Gibson, Martin<br><MGibson@PattonBoggs.com> | AC |
| PRIV012 | 1/6/2010 | E-MAIL | Email communications with counsel regarding deliverables related to Agreement and Release | No | Marion, Josh<br><JMarion@PattonBoggs.com> | Ed Dartley<br><edartley@huffcompanies.com><br>Bryan Bloom<br><bbloom@huffcompanies.com><br>Rick DAngelo<br><rdangelo@huffcompanies.com> | Gibson, Martin<br><MGibson@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | Cc'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV013 | 1/12/2010 | E-MAIL | Email communications with counsel regarding deliverables related to Agreement and Release | Assignment of ORRI; Lease Purchase Report for Crows Holler; Lease summary for Little Caney prospect | Marlon, Josh <JMarlon@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| PRIV014 | 1/15/2010 | E-MAIL | Email from counsel advising Huff of post-closing issues | Email string between Marlon to Westmoreland regarding deliverables | Marlon, Josh <JMarlon@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001580 | 12/23/2009 | E-MAIL | Email communications regarding provisions of the Agreement and Release | No | Marlon, Josh <JMarlon@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Gibson, Martin <MGibson@PattonBoggs.com> edartley@huffcompanies.com rdangelo@huffcompanies.com rmdangelo2@aol.com | taddavidson@andrewskurth.com | AC |
| PRIV016 | 6/11/2009 | E-MAIL | Email string reflecting advice of counsel regarding information gathering for purposes of SKH/Huff suit and Ausam claims | No | Locher, Scott <SLocher@andrewskurth.com> | rmdangelo2@aol.com edartley@huffcompanies.com mad@huffcompanies.com bborak@huffcompanies.com rdangelo@huffcompanies.com | Davidson, Tad <TDavidson@andrewskurth.com> beb@huffcompanies.com | AC |
| PRIV017 | 2/9/2010 | E-MAIL | Email communications reflecting legal advice regarding Bideman prospect and potential amendment to Agreement and Release | No | Gibson, Martin <MGibson@PattonBoggs.com> | rdangelo@huffcompanies.com | Bryan Bloom <beb@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC |
| HUFF001584 | 12/23/2009 | E-MAIL | Communications reflecting legal advice regarding language in Agreement and Release and closing of deal | No | Gibson, Martin <MGibson@PattonBoggs.com> | rmdangelo2@aol.com bbloom@huffcompanies.com | beb@huffcompanies.com edartley@huffcompanies.com rdangelo@huffcompanies.com taddavidson@andrewskurth.com Marlon, Josh <JMarlon@PattonBoggs.com> | AC |

HUFF ENERGY FUND, LP. - PRIVILEGE LOG

| ID. | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001589 | 12/23/2009 | E-MAIL | Communications reflecting legal advice regarding effective date of Agreement and Release and other Release language issues | No | Gibson, Martin <MGibson@PattonBoggs.com> | bbloom@huffcompanies.com | rmdangelo2@aol.com beb@huffcompanies.com edartley@huffcompanies.com rdangelo@huffcompanies.com Marlon, Josh <JMarlon@PattonBoggs.com> taddavidson@andrewskurth.com | AC |
| PRIV018 | 12/31/2009 | E-MAIL | Email from counsel concerning financial aspects of Agreement and Release | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC |
| PRIV019 | 11/16/2009 | E-MAIL | Email from counsel regarding revisions to Agreement and Release | Draft of A&R with comments from counsel, Redline of A&R, Clean copy of A&R reflecting counsel's changes | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> taddavidson@andrewskurth.com Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |
| PRIV020 | 11/17/2009 | E-MAIL | Email from counsel regarding revisions to Agreement and Release and related strategy | Draft of A&R with comments from counsel; clean copy of A&R reflecting counsel's changes; draft of Operating Agreement with comments; Exhibit A to A&R | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Davidson, Tad <TDavidson@andrewskurth.com> bbloom@huffcompanies.com | beb@huffcompanies.com rdangelo@huffcompanies.com Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |

HUFF ENERGY FUND, LP. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV021 | 11/17/2009 | E-MAIL | Email chain reflecting communications with counsel about edits to language of Agreement and Release | Memorandum of counsel regarding language and terms | Gibson, Martin <MGibson@PattonBoggs.com> | Davidson, Tad <TDavidson@andrewskurth.com> Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |
| HUFF001599 | 12/8/2009 | E-MAIL | Email chain reflecting communications with counsel about edits to language of Agreement and Release | Draft of Agreement & Release with comments from counsel | Gibson, Martin <MGibson@PattonBoggs.com> | Davidson, Tad <TDavidson@andrewskurth.com> Ed Dartley <edartley@huffcompanies.com> bbloom@huffcompanies.com | Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> Cox, Joe <Jcox@PattonBoggs.com> | AC/WP |
| HUFF001602 | 12/18/2009 | E-MAIL | Email from counsel regarding amendments to Agreement and Release | Agreement and Release with comments | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> | Harshman, Jonathan <JHarshman@PattonBoggs.com> | AC |
| HUFF001605 | 12/21/2009 | E-MAIL | Email string reflecting legal advice regarding SKH's proposed changes to Agreement and Release | No | Gibson, Martin <MGibson@PattonBoggs.com> | Davidson, Tad <TDavidson@andrewskurth.com> Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001610 | 12/21/2009 | E-MAIL | Email string reflecting legal advice regarding SKH's proposed changes to Agreement and Release | Copy of A&R with SKH proposed changes; redline of A&R comparing SKH version to Huff version | Gibson, Martin <MGibson@PattonBoggs.com> | edartley@huffcompanies.com | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Tad Davidson <taddavidson@andrewskurth.com> Marion, Josh <JMarion@PattonBoggs.com> | AC/WP |
| HUFF001614 | 12/23/2009 | E-MAIL | Communications with counsel regarding Agreement and Release language and strategy for Authority hearing | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Davidson, Tad <TDavidson@andrewskurth.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Marion, Josh <JMarion@PattonBoggs.com> | AC |
| HUFF001621 | 12/23/2009 | E-MAIL | Email from counsel regarding counsel's changes to Agreement and Release | Draft of Agreement and Release reflecting counsel's comments | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> | Marion, Josh <JMarion@PattonBoggs.com> Tad Davidson <taddavidson@andrewskurth.com> | AC/WP |
| HUFF001624 | 12/23/2009 | E-MAIL | Email from counsel advising client of changes to Joint Operating Agreement proposed by SKH | Redline of Joint Operating Agreement | Gibson, Martin <MGibson@PattonBoggs.com> | rmdangelo2@aol.com beb@huffcompanies.com edartley@huffcompanies.com rdangelo@huffcompanies.com | Marion, Josh <JMarion@PattonBoggs.com> taddavidson@andrewskurth.com | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001629 | 12/23/2009 | E-MAIL | Communications with counsel regarding terms of Joint Operating Agreement and Agreement and Release | Redline of Agreement and Release; draft of Agreement and Release reflecting changes; draft of JOA | Gibson, Martin <MGibson@PattonBoggs.com> | rmdangelo2@aol.com beb@huffcompanies.com edartley@huffcompanies.com rdangelo@huffcompanies.com | Marlon, Josh <JMarlon@PattonBoggs.com> taddavidson@andrewskurth.com | AC |
| PRIV022 | 9/10/2009 | E-MAIL | Email from counsel reflecting legal advice regarding settlement proposal | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC |
| PRIV023 | 8/20/2009 | E-MAIL | Email between counsel regarding draft of proposal letter to SKH regarding settlement | Draft of settlement proposal letter | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> | AC/WP |
| PRIV024 | 7/18/2009 | E-MAIL | Email reflecting legal analysis and advice regarding SKH warranties to Ausam/Noram | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Tad Davidson <taddavidson@andrewskurth.com> Roy, Hugh <HRay@andrewskurth.com> | McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC/WP |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001635 | 12/18/2009 | E-MAIL | Email reflecting legal analysis of proposed amendments to language of Agreement and Release | No | edartley@huffcompanies.com | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Harshman, Jonathan <jharshman@pattonboggs.com> | AC/WP |
| PRIV025 | 8/26/2009 | E-MAIL | Communications with counsel regarding strategy related to SKH/Huff suit and Motion for Authority | No | edartley@huffcompanies.com | Rick DAngelo <rmdangelo2@aol.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> | AC |
| PRIV026 | 7/28/2009 | E-MAIL | Emails with counsel regarding fact development to support Motion for Authority | Osler memorandum regarding lease issues | edartley@huffcompanies.com | Gibson, Martin <MGibson@PattonBoggs.com> | Davidson, Tad <tdavidson@andrewskurth.com> Bryan Bloom <beb@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> DAngelo, Rick <rdangelo@huffcompanies.com> rmdangelo2@aol.com Ray, Hugh <hray@andrewskurth.com> Locher, Scott <slocher@andrewskurth.com> | Yes |
| HUFF001638 | 7/9/2010 | E-MAIL | Email string regarding analysis of stipulation of interest/payout of Weatherford | No | Ed Dartley <edartley@huffcompanies.com> | Martin Gibson <mgibson@pattonboggs.com> Bryan Bloom <bbloom@huffcompanies.com> | Eric Schnur <eschnur@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> Bryan <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001646 | 7/21/2010 | E-MAIL | Emails regarding strategy with regard to Weatherford stipulation | No | Ed Dartley <edartley@huffcompanies.com> | Martin Gibson <mgibson@pattonboggs.com> Bryan <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> | Marlon, Josh <JMarlon@PattonBoggs.com> | AC |
| PRIV027 | 11/16/2009 | E-MAIL | Email providing comments of counsel to Agreement and Release | Draft of A&R with Dartley handwritten comments | Ed Dartley <edartley@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> taddavidson@andrewskurth.com | AC/WP |
| PRIV028 | 11/17/2009 | E-MAIL | Email chain regarding counsels' edits to Agreement and Release | No | Ed Dartley <edartley@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> Davidson, Tad <TDavidson@andrewskurth.com> bbloom@huffcompanies.com | beb@huffcompanies.com rdangelo@huffcompanies.com Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |
| HUFF001656 | 12/23/2009 | E-MAIL | Email chain reflecting communications with counsel about edits to language of Agreement and Release and continued negotiations with SKH | No | Ed Dartley <edartley@huffcompanies.com> | Davidson, Tad <TDavidson@andrewskurth.com> Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001662 | 12/23/2009 | E-MAIL | Email chain reflecting communications with counsel about edits to language of Agreement and Release and strategy with regard to hearing on Motion for Authority | No | Ed Dartley <edartley@huffcompanies.com> | Davidson, Tad <TDavidson@andrewskurth.com> Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Marion, Josh <JMarion@PattonBoggs.com> | AC/WP |
| PRIV029 | 6/11/2009 | E-MAIL | Email chain reflecting advice of counsel regarding title/drilling issues for certain leases | No | Ed Dartley <edartley@huffcompanies.com> | mad@huffcompanies.com bborak@huffcompanies.com rdangelo@huffcompanies.com | | AC |
| PRIV030 | 5/22/2009 | E-MAIL | Email chain addressing legal analysis of title defects | Osler memorandum regarding lease issues | Ed Dartley <edartley@huffcompanies.com> | Tad Davidson <taddavidson@andrewskurth.com> | J W.R. Huff: Bloom, Bryan <beb@huffcompanies.com> rdangelo@huffcompanies.com | AC/WP |
| HUFF001670 | 12/4/2009 | E-MAIL | Email from counsel regarding proposed changes to Agreement and Release | Draft of Agreement and Release | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> bbloom@huffcompanies.com | Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Marion, Josh <jmarion@pattonboggs.com> Cox, Joe <jcox@pattonboggs.com> Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001673 | 12/7/2009 | E-MAIL | Email from counsel regarding proposed changes to Agreement and Release and advising of strategy with regard to closing | No | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> bbloom@huffcompanies.com | Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Marion, Josh <jmarion@pattonboggs.com> Cox, Joe <jcox@pattonboggs.com> Gibson, Martin <MGibson@PattonBoggs.com> | AC/WP |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment(s) | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001676 | 12/21/2009 | E-MAIL | Email from counsel regarding proposed changes to Agreement and Release and advising of strategy with regard to closing | No | Davidson, Tad <TDavidson@andrewskurth.com> | Gibson, Martin <MGibson@PattonBoggs.com> Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |
| HUFF001682 | 12/23/2009 | E-MAIL | Email from counsel regarding proposed changes to Agreement and Release and advising of strategy with regard to closing | No | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |
| PRIV031 | 7/6/2009 | E-MAIL | Email from counsel regarding strategy for settlement talks | No | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> | Rick DAngelo <rdangelo@huffcompanies.com> beb@huffcompanies.com | AC/WP |
| PRIV032 | 5/22/2009 | E-MAIL | Email chain reflecting legal advice regarding response to SKH lawsuit and pursuit of the claims of the Estate | No | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> rmdangelo2@aol.com rdangelo@huffcompanies.com | Gibson, Martin <MGibson@PattonBoggs.com> Locher, Scott <SLocher@andrewskurth.com> | AC |
| HUFF001689 | 7/2/2010 | E-MAIL | Emails regarding the Payout of the Weatherford well | Copy of Assignment of Working Interest | Bryan Bloom <beb@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | edartley@huffcompanies.com Eric Schnur <eschnur@huffcompanies.com> rdangelo@huffcompanies.com | AC |
| PRIV033 | 11/17/2009 | E-MAIL | Email chain reflecting counsels' comments and changes to Agreement and Release language | A&R with handwritten notes of Bryan Bloom | Bryan Bloom <beb@huffcompanies.com> | Davidson, Tad <TDavidson@andrewskurth.com> Gibson, Martin <MGibson@PattonBoggs.com> Ed Dartley <edartley@huffcompanies.com> | Rick DAngelo <rdangelo@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |

HUFF ENERGY FUND, L.P. – PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV034 | 11/6/2009 | E-MAIL | Email chain reflecting counsels' comments and changes to Agreement and Release language and exhibits thereto | A&R with electronic and handwritten notes of Bryan Bloom | Bryan Bloom <beb@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> Ed Dartley <edartley@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Tad Davidson <taddavidson@andrewskurth.com> Borak, Barry <bborak@huffcompanies.com> mad@huffcompanies.com | Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |
| HUFF001695 | 12/29/2009 | E-MAIL | Email with counsel regarding Letter Ageement | No | bbloom@huffcompanies.com | Marlon, Josh <JMarlon@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Rick DAngelo <rdangelo@huffcompanies.com> Gibson, Martin <mgibson@pattonboggs.com> | AC |
| PRIV035 | 11/18/2009 | E-MAIL | Emails with counsel regarding proposed changes to Agreement and Release | No | bbloom@huffcompanies.com | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Tad Davidson <taddavidson@andrewskurth.com> Marlon, Josh <jmarlon@pattonboggs.com> Cox, Joe <jcox@pattonboggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachments | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001696 | 12/23/2009 | E-MAIL | Emails with counsel concerning Effective Date of Agreement and Release | No | bbloom@huffcompanies.com | Marlon, Josh <JMarlon@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Gibson, Martin <mgibson@pattonboggs.com> edartley@huffcompanies.com rdangelo@huffcompanies.com rmdangelo2@aol.com taddavidson@andrewskurth.com | AC |
| HUFF001700 | 12/23/2009 | E-MAIL | Emails with counsel concerning Effective Date of Agreement and Release | No | bbloom@huffcompanies.com | Gibson, Martin <MGibson@PattonBoggs.com> | rmdangelo2@aol.com beb@huffcompanies.com edartley@huffcompanies.com rdangelo@huffcompanies.com Marlon, Josh <jmarlon@pattonboggs.com> taddavidson@andrewskurth.com | AC |
| PRIV036 | 11/4/2009 | E-MAIL | Emails with counsel regarding proposed changes to Agreement and Release and exhibits thereto | No | bbloom@huffcompanies.com | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Rick DAngelo <rmdangelo2@aol.com> Rick DAngelo <rdangelo@huffcompanies.com> Tad Davidson <taddavidson@andrewskurth.com> Marlon, Josh <jmarlon@pattonboggs.com> | AC |
| PRIV037 | 7/22/2009 | E-MAIL | Email chain reflecting communications with counsel regarding lease issues | No | rmdangelo2@aol.com | SLocher@andrewskurth.com MGibson@PattonBoggs.com edartley@huffcompanies.com TDavidson@andrewskurth.com | mad@huffcompanies.com beb@huffcompanies.com rdangelo@huffcompanies.com AHenley@PattonBoggs.com | AC |
| HUFF001706 | 3/25/2008 | E-MAIL | Communictions with counsel regarding analysis of lease issues | No | rmdangelo2@aol.com | MGibson@PattonBoggs.com edartley@huffcompanies.com | beb@huffcompanies.com bborak@huffcompanies.com mad@huffcompanies.com | AC |
| PRIV038 | 9/9/2009 | E-MAIL | Email soliciting legal advice regarding counteroffer | Spreadsheet regarding counteroffer | rmdangelo2@aol.com | MGibson@PattonBoggs.com | beb@huffcompanies.com edartley@huffcompanies.com | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|----|------|------|-------------|------------|--------|--------------|------|-----------|
| PRIV039 | 1/15/2010 | E-MAIL | Email reflecting legal advice regarding assignments per the terms of the Agreement and Release | Email from Marion to Westmoreland regarding deliverables; letter from Westmoreland regarding same | Marion, Josh <JMarion@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| PRIV040 | 1/12/2010 | E-MAIL | Email reflecting advice of counsel regarding deliverables related to Agreement and Release | Assignment of ORRI, Lease Purchase Report, Ledger | Marion, Josh <JMarion@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| PRIV041 | 3/17/2010 | E-MAIL | Email from counsel regarding filing fees owed by SKH resulting from Agreement and Release | Email to Westmoreland regarding filing fees owed | Marion, Josh <JMarion@PattonBoggs.com> | edartley@huffcompanies.com Bryan Bloom <bbloom@huffcompanies.com> rdangelo@huffcompanies.com | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001710 | 3/24/2008 | E-MAIL | Email reflecting legal analysis of lease issues | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> | beb@huffcompanies.com Rick D'Angelo <rmdangelo2@aol.com> | AC/WP |
| PRIV042 | 1/31/2009 | E-MAIL | Email reflecting legal advice regarding assignee liability associated with Agreement and Release | No | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Barry Borak <bborak@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> | McGowen, Matthew <MMcGowen@PattonBoggs.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV043 | 7/18/2009 | E-MAIL | Emails regarding legal analysis of representations and warranties | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Tad Davidson <taddavidson@andrewskurth.com> Ray, Hugh <HRay@andrewskurth.com> | McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC/WP |
| HUFF001713 | 12/21/2009 | E-MAIL | Communications with counsel regarding language of Agreement and Release and hearing on Motion for Authority | No | Gibson, Martin <MGibson@PattonBoggs.com> | Davidson, Tad <TDavidson@andrewskurth.com> Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC |
| HUFF001718 | 12/21/2009 | E-MAIL | Communications with counsel regarding language of Agreement and Release | Redline drafts of Agreement and Release | Gibson, Martin <MGibson@PattonBoggs.com> | edartley@huffcompanies.com | Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Tad Davidson <taddavidson@andrewskurth.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001722 | 12/8/2009 | E-MAIL | Communications with counsel regarding language of Agreement and Release | Draft of A&R with comments of counsel | Gibson, Martin <MGibson@PattonBoggs.com> | Davidson, Tad <TDavidson@andrewskurth.com> Ed Dartley <edartley@huffcompanies.com> bbloom@huffcompanies.com | Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> Cox, Joe <Jcox@PattonBoggs.com> | AC/WP |
| | 11/18/2009 | E-MAIL | Email advising client of draft Exhibit C to the Agreement and Release and related strategy | Draft of Exhibit C | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> | Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |
| PRIV045 | 11/17/2009 | E-MAIL | Email string providing attorneys' comments to draft of Agreement and Release | Memorandum of counsel regarding language and terms | Gibson, Martin <MGibson@PattonBoggs.com> | Davidson, Tad <TDavidson@andrewskurth.com> Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |
| PRIV046 | 11/11/2009 | E-MAIL | Email from counsel regarding revisions to Agreement and Release | Redline of Agreement and Release; draft of Agreement and Release reflecting changes | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Barry Borak <bborak@huffcompanies.com> Tad Davidson <taddavidson@andrewskurth.com> | Marlon, Josh <JMarlon@PattonBoggs.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC/WP |
| PRIV047 | 9/10/2009 | E-MAIL | Email from counsel regarding strategy for settlement talks | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV048 | 11/17/2009 | E-MAIL | Email from counsel regarding revisions to Agreement and Release and related meeting | Draft of Operating Agreement with counsel's comments; redlines of A&R; draft of Exhibit A to A&R with comments | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Davidson, Tad <TDavidson@andrewskurth.com> bbloom@huffcompanies.com | beb@huffcompanies.com rdangelo@huffcompanies.com Marion, Josh <JMarion@PattonBoggs.com> | AC |
| PRIV049 | 11/16/2009 | E-MAIL | Email from counsel explaining nature of comments in attached documents | Various drafts (3) with comments and comparison of Agreement and Release | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> taddavidson@andrewskurth.com Marion, Josh <JMarion@PattonBoggs.com> | AC/WP |
| HUFF001725 | 4/4/2008 | E-MAIL | Email to counsel regarding potential concerns over lease issues | Bennett Jones letter to SKH; Ausam memo; Schedule C to Asset Purchase Agreement; Spreadsheet of Drill-Ready costs | Ed Dartley <edartley@huffcompanies.com> | msmith@osler.com' | beb@huffcompanies.com' | AC |
| HUFF001727 | 3/27/2008 | E-MAIL | Email to counsel regarding potential concerns over lease issues | Bennett Jones letter to SKH; Ausam memo, Schedule C to Asset Purchase Ageement, Spreadsheet of Drill-Ready costs | Ed Dartley <edartley@huffcompanies.com> | H. Martin Gibson (mgibson@pattonboggs.com)' | beb@huffcompanies.com' 'rdangelo@huffcompanies.com' 'bscott@huffcompanies.com' | AC |
| HUFF001729 | 3/20/2008 | E-MAIL | Email to counsel regarding potential concerns over lease issues | Written analysis of lease issues | Ed Dartley <edartley@huffcompanies.com> | H. Martin Gibson (mgibson@pattonboggs.com)' | beb@huffcompanies.com' | AC |
| PRIV051 | 5/22/2009 | E-MAIL | Email string regarding future pursuit of Estate claims | No | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> rmdangelo2@aol.com rdangelo@huffcompanies.com | Gibson, Martin <MGibson@PattonBoggs.com> Locher, Scott <SLocher@andrewskurth.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV052 | 8/21/2009 | E-MAIL | Emails with counsel regarding legal strategy with regard to settlement of SKH suit | Order setting hearing, Huff's Response to SKH Post Summary Judgment Brief | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> beb@huffcompanies.com bbloom@huffcompanies.com rdangelo@huffcompanies.com rmdangelo2@aol.com | Ray, Hugh <HRay@andrewskurth.com> Locher, Scott <SLocher@andrewskurth.com> | AC |
| HUFF001735 | 12/21/2009 | E-MAIL | Emails reflecting counsels' advice regarding hearing on Motion for Authority and Settlement | No | Davidson, Tad <TDavidson@andrewskurth.com> | Gibson, Martin <MGibson@PattonBoggs.com> Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Harshman, Jonathan <JHarshman@PattonBoggs.com> Marion, Josh <JMarion@PattonBoggs.com> | AC |
| HUFF001741 | 12/7/2009 | E-MAIL | Communications with counsel regarding comments to Agreement and Release and settlement strategy | No | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> bbloom@huffcompanies.com | Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Marion, Josh <jmarion@pattonboggs.com> Cox, Joe <jcox@pattonboggs.com> Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001744 | 12/4/2009 | E-MAIL | Email from counsel regarding SKH revisions to A&R | Draft of Agreement and Release reflecting SKH revisions | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> bbloom@huffcompanies.com | Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Marion, Josh <jmarion@pattonboggs.com> Cox, Joe <jcox@pattonboggs.com> Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| PRIV053 | 11/16/2009 | E-MAIL | Email string reflecting advice of counsel regarding langague of Agreement and Release | Memorandum of counsel regarding language and terms | Davidson, Tad <TDavidson@andrewskurth.com> | Gibson, Martin <MGibson@PattonBoggs.com> Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> Marion, Josh <JMarion@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV054 | 11/4/2009 | E-MAIL | Emails reflecting advice of counsel regarding settlement of suit with SKH and assertion of Estate claims | No | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> | Gibson, Martin <mgibson@pattonboggs.com> Locher, Scott <SLocher@andrewskurth.com> | AC |
| PRIV055 | 11/3/2009 | E-MAIL | Emails reflecting advice of counsel regarding settlement of suit with SKH and assertion of Estate claims | No | Davidson, Tad <TDavidson@andrewskurth.com> | Ed Dartley <edartley@huffcompanies.com> bbloom@huffcompanies.com | Gibson, Martin <mgibson@pattonboggs.com> | AC |
| PRIV056 | 1/13/2010 | E-MAIL | Email reflecting legal advice concerning questions presented by Square Mile in light of settlement | No | Davidson, Tad <TDavidson@andrewskurth.com> | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> bbloom@huffcompanies.com | AC |
| PRIV057 | 11/12/2009 | E-MAIL | Email reflecting counsel's concerns regarding language in Agreement and Release | Draft of Agreement and Release | Davidson, Tad <TDavidson@andrewskurth.com> | Gibson, Martin <MGibson@PattonBoggs.com> Bryan Bloom <beb@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Barry Borak <bborak@huffcompanies.com> | Marion, Josh <IMarion@PattonBoggs.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC/WP |
| PRIV058 | 11/12/2009 | E-MAIL | Email soliciting legal advice regarding language of Agreement and Release | Draft of Agreement and Release with client comments | Bryan Bloom <beb@huffcompanies.com> | Bryan Bloom <beb@huffcompanies.com> Gibson, Martin <MGibson@PattonBoggs.com> Ed Dartley <edartley@huffcompanies.com> Barry Borak <bborak@huffcompanies.com> Tad Davidson <taddavidson@andrewskurth.com> | Marion, Josh <IMarion@PattonBoggs.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC(s) | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV059 | 11/17/2009 | E-MAIL | Email string regarding edits to Agreement and Release language | Agreement and Release with comments | Bryan Bloom <beb@huffcompanies.com> | Davidson, Tad <TDavidson@andrewskurth.com> Gibson, Martin <MGibson@PattonBoggs.com> Ed Dartley <edartley@huffcompanies.com> | Rick D'Angelo <rdangelo@huffcompanies.com> Marlon, Josh <JMarlon@PattonBoggs.com> | AC |
| HUFF001769 | 11/30/2010 | E-MAIL | Internal and external emails regarding Payout of Weatherford well | No | Marlon, Josh <JMarlon@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Mark DelPriore <mad@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001771 | 12/1/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | Agreement and Stipulation for Weatherford well | Marlon, Josh <JMarlon@PattonBoggs.com> | Eric Schnur <eschnur@huffcompanies.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> Mark DelPriore <mad@huffcompanies.com> Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001774 | 12/1/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Marlon, Josh <JMarlon@PattonBoggs.com> | Eric Schnur <eschnur@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> Mark DelPriore <mad@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001777 | 12/2/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | W-9 | Marlon, Josh <JMarlon@PattonBoggs.com> | Eric Schnur <eschnur@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> Mark DelPriore <mad@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001781 | 12/3/2010 | E-MAIL | Email from counsel regarding Correction Stipulation for Weatherford well | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> Mark DelPriore <mad@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> | Marlon, Josh <JMarlon@PattonBoggs.com> | AC |
| HUFF001785 | 11/30/2010 | E-MAIL | Email to counsel regarding Payout of Weatherford well | No | Eric Schnur <eschnur@huffcompanies.com> | Marlon, Josh' <JMarlon@PattonBoggs.com> 'Ed Dartley ' <edartley@huffcompanies.com> 'Bryan Bloom' <bbloom@huffcompanies.com> 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Rick D'Angelo' <rmdangelo2@aol.com> 'Mark DelPriore' <mad@huffcompanies.com> | Gibson, Martin' <MGibson@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC/d | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001787 | 12/1/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Ed Dartley <edartley@huffcompanies.com> | Marlon, Josh' <JMarlon@PattonBoggs.com> 'Eric Schnur' <eschnur@huffcompanies.com> | Bryan Bloom' <bbloom@huffcompanies.com> 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Mark DelPriore' <mad@huffcompanies.com> 'Gibson, Martin' <MGibson@PattonBoggs.com> | AC |
| HUFF001790 | 12/2/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Ed Dartley <edartley@huffcompanies.com> | Marlon, Josh' <JMarlon@PattonBoggs.com> 'Eric Schnur' <eschnur@huffcompanies.com> 'Bryan Bloom' <bbloom@huffcompanies.com> 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Mark DelPriore' <mad@huffcompanies.com> | Gibson, Martin' <MGibson@PattonBoggs.com> | AC |
| PRIV060 | 6/13/2011 | E-MAIL | Communications with counsel regarding the First Amendment to the Agreement and Release | Draft of First Amendment to the Agreement and Release | Ed Dartley <edartley@huffcompanies.com> | Gibson, Martin' <martin.gibson@snrdenton.com> | Mark DelPriore' <mad@huffcompanies.com> 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Rick D'Angelo' <rmdangelo2@aol.com> 'Bryan Bloom' <beb@huffcompanies.com> 'Marlon, Josh R.' <josh.marlon@snrdenton.com> | AC/WP |
| PRIV061 | 6/9/2011 | E-MAIL | Communications with counsel regarding the First Amendment to the Agreement and Release | Redline of First Amendment to the Agreement and Release; draft of same reflecting edits | Ed Dartley <edartley@huffcompanies.com> | Bryan Bloom' <beb@huffcompanies.com> rdangelo@huffcompanies.com 'Mark DelPriore' <mad@huffcompanies.com> | | AC/WP |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | Cc'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| PRIV062 | 6/8/2011 | E-MAIL | Communications with counsel regarding the First Amendment to the Agreement and Release | Redline of First Amendment to Agreement and Release; draft of same reflecting edits | Gibson, Martin <martin.gibson@snrdenton.com> | Ed Dartley (edartley@huffcompanies.com) | Mark DelPriore (mad@huffcompanies.com)' 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Rick D'Angelo' <rmdangelo2@aol.com> 'Bryan Bloom' <beb@huffcompanies.com> Marlon, Josh R. <josh.marlon@snrdenton.com> | AC/WP |
| PRIV063 | 6/14/2011 | E-MAIL | Communications with counsel regarding the First Amendment to the Agreement and Release | No | Gibson, Martin <martin.gibson@snrdenton.com> | Ed Dartley' <edartley@huffcompanies.com> | Mark DelPriore' <mad@huffcompanies.com> 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Rick D'Angelo' <rmdangelo2@aol.com> 'Bryan Bloom' <beb@huffcompanies.com> Marlon, Josh R. <josh.marlon@snrdenton.com> | AC |
| PRIV064 | 7/20/2011 | E-MAIL | Communications with counsel regarding the First Amendment to the Agreement and Release | Redline of First Amendment to Agreement and Release; draft of same reflecting edits | Gibson, Martin <martin.gibson@snrdenton.com> | edartley@huffcompanies.com' 'Bryan Bloom' <beb@huffcompanies.com> rdangelo@huffcompanies.com Rick D'Angelo <rmdangelo2@aol.com> 'Mark DelPriore' <mad@huffcompanies.com> | Marlon, Josh R. <josh.marlon@snrdenton.com> | AC |
| PRIV065 | 9/24/2009 | E-MAIL | Email reflecting legal advice regarding settlement with SKH | No | Rick D'Angelo <rmdangelo2@aol.com> | bborak@huffcompanies.com Eric Schnur <eschnur@huffcompanies.com> Mark DelPriore <mad@huffcompanies.com> | beb@huffcompanies.com edartley@huffcompanies.com | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001794 | 11/30/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Marlon, Josh <JMarlon@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Mark DelPriore <mad@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001796 | 12/1/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Marlon, Josh <JMarlon@PattonBoggs.com> | Eric Schnur <eschnur@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <bbloom@huffcompanies.com> Rick D'Angelo <rdangelo@huffcompanies.com> Mark DelPriore <mad@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |
| HUFF001799 | 12/3/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | Exectuted W-9 | Marlon, Josh <JMarlon@PattonBoggs.com> | Eric Schnur <eschnur@huffcompanies.com> | Gibson, Martin <MGibson@PattonBoggs.com> | AC |

HUFF ENERGY FUND, LP. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001804 | 1/11/2011 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Marion, Josh <JMarion@PattonBoggs.com> | Gibson, Martin <MGibson@PattonBoggs.com> Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> Mark DelPriore <mad@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> |  | AC |
| PRIV066 | 1/31/2009 | E-MAIL | Email reflecting legal analysis of Settlement Agreement Provisions and Assignee Liability | No | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Barry Borak <bborak@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> | McGowen, Matthew <MMcGowen@PattonBoggs.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC/WP |
| HUFF001808 | 6/16/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Gibson, Martin <MGibson@PattonBoggs.com> | Eric Schnur <eschnur@huffcompanies.com> beb@huffcompanies.com edartley@huffcompanies.com rdangelo@huffcompanies.com | Marion, Josh <JMarion@PattonBoggs.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |
| HUFF001811 | 6/16/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Gibson, Martin <MGibson@PattonBoggs.com> | Eric Schnur <eschnur@huffcompanies.com> | edartley@huffcompanies.com Marion, Josh <JMarion@PattonBoggs.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001815 | 6/16/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <beb@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> edartley@huffcompanies.com rdangelo@huffcompanies.com | Marion, Josh <JMarion@PattonBoggs.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |
| HUFF001818 | 7/6/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> | McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |
| HUFF001822 | 7/8/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> | McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |
| HUFF001826 | 7/8/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <bbloom@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> | Eric Schnur <eschnur@huffcompanies.com> rdangelo@huffcompanies.com Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC(s) | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001834 | 7/9/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well and language of Stipulation of Interest | Draft of Assignment and Stipulation of Interest in Weatherford well | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <bbloom@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> | Eric Schnur <eschnur@huffcompanies.com> rdangelo@huffcompanies.com Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC |
| HUFF001842 | 7/9/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well and language of Stipulation of Interest | Draft of Assignment and Stipulation of Interest in Weatherford well | Gibson, Martin <MGibson@PattonBoggs.com> | Bryan Bloom <bbloom@huffcompanies.com> Ed Dartley <edartley@huffcompanies.com> | Eric Schnur <eschnur@huffcompanies.com> rdangelo@huffcompanies.com Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> McGowen, Matthew <MMcGowen@PattonBoggs.com> | AC/WP |
| HUFF001850 | 7/29/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | Redline draft of Assignment and Stipulation of Interest, clean version of same reflecting changes | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> | Marlon, Josh <JMarlon@PattonBoggs.com> | AC/WP |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | Cc'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001852 | 12/3/2010 | E-MAIL | Email from counsel regarding Payout of Weatherford well | No | Gibson, Martin <MGibson@PattonBoggs.com> | Ed Dartley <edartley@huffcompanies.com> Bryan Bloom <beb@huffcompanies.com> Eric Schnur <eschnur@huffcompanies.com> Mark DelPriore <mad@huffcompanies.com> Rick D'Angelo <rmdangelo2@aol.com> Rick D'Angelo <rdangelo@huffcompanies.com> | Marlon, Josh <JMarlon@PattonBoggs.com> | AC |
| HUFF001856 | 11/30/2010 | E-MAIL | Email to counsel regarding Payout of Weatherford well | No | Eric Schnur <eschnur@huffcompanies.com> | Marlon, Josh' <JMarlon@PattonBoggs.com> 'Ed Dartley ' <edartley@huffcompanies.com> 'Bryan Bloom' <bbloom@huffcompanies.com> 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Rick D'Angelo' <rmdangelo2@aol.com> 'Mark DelPriore' <mad@huffcompanies.com> | Gibson, Martin' <MGibson@PattonBoggs.com> | AC |
| PRIV067 | 11/17/2009 | E-MAIL | Email chain reflecting counsels' comments and changes to Agreement and Release language | Draft of A&R with counsel's comments; redline of A&R; clean copy of A&R reflecting changes | Ed Dartley <edartley@huffcompanies.com> | Eric Schnur' <eschnur@huffcompanies.com> | | AC/WP |
| HUFF001858 | 12/1/2010 | E-MAIL | Email to counsel regarding Payout of Weatherford well | No | Ed Dartley <edartley@huffcompanies.com> | Marlon, Josh' <JMarlon@PattonBoggs.com> 'Eric Schnur' <eschnur@huffcompanies.com> | Bryan Bloom' <bbloom@huffcompanies.com> 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Mark DelPriore' <mad@huffcompanies.com> 'Gibson, Martin' <MGibson@PattonBoggs.com> | AC |

HUFF ENERGY FUND, L.P. - PRIVILEGE LOG

| ID | Date | Type | Description | Attachment | Author | Recipient(s) | CC'd | Privilege |
|---|---|---|---|---|---|---|---|---|
| HUFF001861 | 12/2/2010 | E-MAIL | Email to counsel regarding Payout of Weatherford well | No | Ed Dartley <edartley@huffcompanies.com> | Marlon, Josh' <JMarlon@PattonBoggs.com> 'Eric Schnur' <eschnur@huffcompanies.com> 'Bryan Bloom' <bbloom@huffcompanies.com> 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Mark DelPriore' <mad@huffcompanies.com> | Gibson, Martin' <MGibson@PattonBoggs.com> | AC |
| HUFF001865 | 1/11/2011 | E-MAIL | Email to counsel regarding Payout of Weatherford well | No | Ed Dartley <edartley@huffcompanies.com> | rdangelo@huffcompanies.com 'Bryan Bloom' <beb@huffcompanies.com> eschnur@huffcompanies.com mad@huffcompanies.com | | AC |
| HUFF001869 | 1/11/2011 | E-MAIL | Email to counsel regarding Payout of Weatherford well | No | Bryan Bloom <beb@huffcompanies.com> | Ed Dartley <edartley@huffcompanies.com> rdangelo@huffcompanies.com eschnur@huffcompanies.com mad@huffcompanies.com | | AC |
| HUFF001874 | 12/2/2010 | E-MAIL | Email to counsel regarding Payout of Weatherford well | No | bbloom@huffcompanies.com | Ed Dartley <edartley@huffcompanies.com> | Marlon, Josh' <jmarlon@pattonboggs.com> 'Eric Schnur' <eschnur@huffcompanies.com> 'Rick D'Angelo' <rdangelo@huffcompanies.com> 'Mark DelPriore' <mad@huffcompanies.com> 'Gibson, Martin' <mgibson@pattonboggs.com> | AC |